O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SCOTT TEUTSCHER,

    Plaintiff,

v.

RIVERSIDE SHERIFFS' ASSOCIATION,

    Defendant.

NO. ED CV-06-1208-RHW

**JUDGMENT IN A CIVIL CASE**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED:**

1. The plaintiff, Scott Teutscher, recover from the defendant, Riverside Sheriffs' Association, the amount of $457,250.00 for damages with interest at the rate of 0.12 percent, along with costs.

2. The plaintiff, Scott Teutscher, recover from the defendant, Riverside Sheriffs' Association, the amount of $357,500.00 for punitive damages with interest at the rate of 0.12 percent.

**DATED**: April 22, 2013

                      s/Michelle M. Fox
                         Deputy Clerk

C:\Temp\notesC7A056\Judgment.wpd

**JUDGMENT IN A CIVIL CASE** ~ 1