UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TEUTSCHER,<br><br>    Plaintiff,<br><br>  v.<br><br>RIVERSIDE SHERIFFS' ASSOCIATION, *et al.*,<br><br>    Defendants. | NO.  ED CV-06-1208-RHW<br><br>**FINAL JUDGMENT IN A CIVIL CASE** |

   This action came before the court for a trial by jury and at the same time, Plaintiff presented an ERISA retaliation claim before the Court. The issues have been tried, the jury has rendered its verdict and the Court also found in favor of Plaintiff on the ERISA claim.

   Accordingly, **IT IS HEREBY ORDERED:**

   1.   Plaintiff, Scott Teutscher, recover from Defendant, Riverside Sheriffs' Association, the amount of $457,250 for damages with interest, along with costs;

   2.   Plaintiff, Scott Teutscher, recover from Defendant, Riverside Sheriffs' Association, the amount of $357,500 for punitive damages with interest;

   3.   Plaintiff, Scott Teutscher, recover from Defendant Riverside Sheriffs' Association the amount of $551,030 in attorneys' fees with interests; and $20,793.50 in non-taxable costs with interest.

   4.   Defendant Riverside Sheriffs' Association shall **reinstate** Plaintiff, Scott Teutscher to his former position or a similar position, forthwith, and

**FINAL JUDGMENT IN A CIVIL CASE** ~ 1

Defendant shall provide front pay to Plaintiff at the rate of $98,235 per year from July 15, 2013, until reinstated.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies to counsel.

**DATED** this 15th day of August, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\Temp\notesC7A056\judgment2.wpd

**FINAL JUDGMENT IN A CIVIL CASE ~ 2**